UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL ACTION NO. |
| VS. | ) | |
| | ) | 3:04-CR-379-G |
| CARLOS CEDILLO-GARCIA, | ) | |
| | ) | **ECF** |
| Defendant. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, defendant's motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), based on United States Sentencing Guidelines Amendments Concerning Criminal History

Category, effective March 3, 2008, filed March 5, 2008 (docket entry 37), is **DENIED**.

August 12, 2010.

                                                                       */s/ A. Joe Fish*
                                                                  **A. JOE FISH**
                                                                  **Senior United States District Judge**